IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **RENFORD ORVIL HALSE,** )  )  Petitioner, )  )  v. )  )  **ERIC H. HOLDER, United States Attorney General, et al.,** )  )  Respondents. ) | 4:13-cv-1742-RDP-JEO |

## MEMORANDUM OPINION

This is an action seeking a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, in which Petitioner, acting pro se, has sought to challenge his continued detention pending removal pursuant to the Immigration and Nationality Act.  *See generally Zadvydas v. Davis*, 533 U.S. 678 (2001).  The cause comes to be heard on Respondents' motion to dismiss the case as moot.  (Doc. 19).  The court concludes that the motion is due to be granted.

In support of their motion, Respondents have filed a copy of a declaration made pursuant to 28 U.S.C. § 1746 by a Supervisory Detention and Deportation Officer of the U.S. Immigration and Customs Enforcement facility at Gadsden, Alabama.  (Doc. 19-1).  In that declaration it is shown that Petitioner was removed from the United States to Jamaica on February 12, 2014.  (*Id.*).  Thus, Petitioner's claim for release under an order of supervision or for repatriation is moot.  *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003).  Accordingly, this matter is due to be dismissed as moot.  A separate final order will be entered.

**DONE** and **ORDERED** this     14th      day of February, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE